**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 1:24-cr-00357 |
| v. | |
| JEFFREY CHANCE NADER | **DECLARATION RE** |
| DEFENDANT(S). | **OUT-OF-DISTRICT WARRANT** |

FILED
CLERK, U.S. DISTRICT COURT
AUG 13 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**2:24-MJ-04839-DUTY**

The above-named defendant was charged by: United States
in the United States District Court for the District of Columbia on August 8, 2024
at 9:41 [x] a.m. / [ ] p.m. The offense was allegedly committed on or about June to December 2023
in violation of Title 50 U.S.C., Section(s) 1750
to wit: International Emergency Economic Powers Act

A warrant for defendant's arrest was issued by: U.S. Magistrate Judge Zia M. Faruqui

Bond of $ 0 was [ ] set / [x] recommended.

Type of Bond: N/A

Relevant document(s) on hand (attach): N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8/13/2024
              Date

_____          Thomas A. Bello
Signature of Agent                Print Name of Agent

FBI                               SA
Agency                            Title

CR-52 (03/20)                     DECLARATION RE OUT-OF-DISTRICT WARRANT